1
2
3
4
5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12
13

| | |
|---|---|
| RAJEE KOLACHANA; GOLDWIN, LLC,<br><br>                    Plaintiffs,<br><br>          v.<br><br>THE CITY OF NEEDLES, et al.,<br><br>                    Defendants. | Case No. 5:23-cv-00237-SVW-AFM<br><br>**ORDER RE CIVIL RIGHTS CASE** |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    This case has been referred to United States Magistrate Judge Alexander F. MacKinnon for pretrial proceedings. All future pleadings and correspondence shall be addressed to: Clerk to Magistrate Judge MacKinnon, Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012.

    Pursuant to Federal Rule of Civil Procedure 4(m), plaintiff must serve the Summons and Complaint on all named defendants in this action within 90 days after the filing of the Complaint. The Complaint was filed on February 14, 2023. Accordingly, the 90-day period will expire on **May 14, 2023**. Plaintiff shall file a Proof of Service of the Summons and Complaint within ten (10) days of service. Plaintiff is warned that failure to effectuate service by this date may result in the dismissal of the action as to any unserved defendant(s) by reason of plaintiff's failure to prosecute, unless plaintiff can show good cause for extending the time for service.

    A review of the Proofs of Service (ECF Nos. 7, 8, 9) of the initiating documents on the defendants does not indicate that the Notice of Assignment (ECF No. 6) was

served.   **Plaintiff shall promptly serve the Notice of Assignment on the defendants and file appropriate Proofs of Service.**

In preparing and submitting all future pleadings and correspondence, plaintiff *must* comply with the following requirements:

1.     All documents concerning this case filed by a party without counsel are to be submitted for filing either by direct filing at the filing window or by mail, addressed to the Clerk of the Court at the address indicated above.  Alternatively, pro se litigants may seek leave of Court to use the e-filing system.  *See* the Court's website at www.cacd.uscourts.gov/e-filing/pro-se-electronic-filing. All counsel must follow e-filing requirements as set forth in Local Civil Rules 5-3 and 5-4.  Pursuant to Local Civil Rule 83-2.5 the parties and their attorneys are to refrain from communicating with the Judge by letter or telephone call.  All inquiries, requests, or other matters to be called to the Judge's attention regarding this case must be submitted for filing as motions, applications, or other appropriate pleadings.  As discussed below, these pleadings must comply with Federal Rule of Civil Procedure 5.

2.     At the top of page one (or the cover sheet, if any), plaintiff shall provide his precise name and mailing address, as well as telephone number and facsimile number, if any.  The address provided will be presumed correct and will be used to communicate with plaintiff.  **During the pendency of the action, plaintiff must notify the Court immediately if any address changes and must provide the Court with the new address and its effective date.  Any failure by plaintiff to comply with a court order because plaintiff did not receive the order due to his failure to inform the Court of his current address may result in dismissal of this action for failure to prosecute.  *See* Local Civil Rule 41-6.**

3.     Plaintiff shall write/type legibly.  If possible, a typewritten or word processed document is preferable to a handwritten document.  Plaintiff shall type or write the original document using ink sufficiently *dark* enough that it can be

1  photocopied clearly.

2      4.    Only one side of each page shall be used.  Each document shall have at

3  least a one-inch margin at the top of each page so that the document can be two-hole

4  punched and properly bound in the Court file.  The pages of every document filed

5  with the Court, including any attached exhibits, shall be numbered consecutively at

6  the bottom of the page.

7      5.    Plaintiff shall submit <u>one original and one copy</u> of all documents filed

8  with the Court.  The Clerk will not make photocopies of documents except for good

9  cause shown.  You must therefore keep copies of all documents submitted to the court

10  for your own records.  Plaintiff is reminded that the original document must be signed

11  and dated.

12      6.    Once any defendant has been served with process or has entered an

13  appearance in the case, Federal Rule of Civil Procedure 5 requires that plaintiff serve

14  each defendant's attorney (or the defendant him or herself, if not represented by

15  counsel) with a copy of every pleading or other document submitted for the Court's

16  consideration.    Each document submitted after any defendant has entered an

17  appearance in the case or has been served with process <u>must be accompanied by a</u>

18  <u>proof of service</u> upon each such defendant in accordance with Rule 5 and Local Civil

19  Rule 5-3.  Strict compliance with Rule 5 and Local Civil Rule 5-3 will be required,

20  and any documents that fail to contain the required proof of service will be

21  disregarded.

22      **Any document submitted that does not comply with the foregoing may**

23  **either be returned to plaintiff without filing or stricken and denied**

24  **consideration by the Court.**  Plaintiff is advised that compliance with each of these

25  requirements, and with all other requirements of the Local Rules of this Court, will

26  avoid delays in the consideration of this case.

27      7.    The Court notes that this action is governed by the Federal Rules of Civil

28  Procedure and the Local Civil Rules for the Central District of California.  Both *pro*

3

*se* litigants and those represented by counsel are held to these rules of procedure. Plaintiff is explicitly cautioned that failure to comply with the local or federal rules may be grounds for dismissal.  *See* Local Civil Rules 83-2.2.3, 83-2.2.4.

        8.     If plaintiff wishes to receive free information and guidance concerning self-representation, a pro se clinic exists within the Court, administered by a non-profit law firm, Public Counsel. See http://prose.cacd.uscourts.gov.

Edward R. Roybal Federal Building
  and United States Courthouse
255 East Temple Street, Suite 170
Los Angeles, CA 90012
Mondays, Wednesdays and Fridays
9:30 am-12:00 pm and 2:00 pm-4:00 pm
(by appointment only)
(213) 385-2977, ext. 270

George E. Brown Federal Building
3420 Twelfth Street, Room 125
Riverside, CA  92501
Tuesdays and Thursdays
10:0 am-2:00 pm
(951) 682-7968

Ronald Reagan Federal Building and U.S. Courthouse
411 West Fourth Street, Room 1055 (first floor)
Santa Ana, CA 92701-4516
Tuesdays 1:00 pm-4:00 pm
Thursdays 10:00 am-12 pm and 1:30 pm-3:30 pm
(714) 541-1010, ext. 222


DATED:   2/21/2023

_____
     ALEXANDER F. MacKINNON
    UNITED STATES MAGISTRATE JUDGE