# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| RAJEE KOLACHANA, et al. | 5:23−cv−00237−SVW−AFM |
| Plaintiff(s), | |
| v. | |
| THE CITY OF NEEDLES, et al. | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___4/7/2023___

Document No.:  ___12___

Title of Document:  ___NOTICE OF MOTION AND MOTION to Dismiss Case___

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Local Rule 7−1.1 no notice of interested parties.

Other:

**Note:** **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ April 10, 2023 _          By:  _/s/ Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov_
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**