UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  5:23-cv-00237-SVW-AFM                                          Date:  April 10, 2023

Title  Rajee Kolachana et al v. The City of Needles et al

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order --
(1) Vacating the May 15, 2023 Hearing re Defendants' Motion to Dismiss Pursuant to FRCP, Rule 12(b)(1), 12(b)(6) (Filed April 7, 2023; ECF No. 12)
(2) Briefing Schedule

   This case is referred to U.S. Magistrate Judge Alexander F. MacKinnon, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. (*See* ECF No. 6.)  Therefore, the motion noticed before the District Judge will be considered by the Magistrate Judge.  The hearing noticed for May 15, 2023, is VACATED. Local Rule 7-15.
No appearance is necessary.

   Plaintiffs' opposition to the motion shall be served and filed no later than **April 28, 2023**. Defendants' reply, if any, is due no later than 14 days from the service of the opposition.  The Court will determine if a hearing is necessary after briefing is complete and will issue a further order scheduling a hearing if one is to take place.  **Plaintiffs are advised that failure to oppose a motion to dismiss may be construed as consent to the granting of the motion and may result in the recommendation that the action be dismissed.  Local Rule 7-12.**

   All future pleadings and correspondence shall be addressed to: Clerk to Magistrate Judge Alexander F. MacKinnon, Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012.  (See ECF Nos. 6, 10.)

   IT IS SO ORDERED.