UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJEE KOLACHANA ET AL,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF NEEDLES ET AL,<br><br>Defendant(s). | Case No. 5:23-cv-00237-WLH-MAR<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. Accordingly, the Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED**:

(1) Defendants' Motion to Dismiss is **GRANTED**, without leave to amend; and

(2) the action is **DISMISSED**, without prejudice.

Dated: September 7, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE