| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAJEE KOLACHANA ET AL, | | Case No. 5:23-cv-00237-WLH-MAR |
| Plaintiff, | | |
| v. | | JUDGMENT |
| THE CITY OF NEEDLES ET AL, | | |
| Defendant(s). | | |

Pursuant to the Memorandum and Order Dismissing Case, **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: September 7, 2023

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE